Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

April 23 , 20 25

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff

    v.

1. MARQUIS JACKSON,
2. MARKELL JACKSON,
3. MANDEL JACKSON,
4. EDGAR VALDEZ,
5. KEONDRE JACKSON,
6. MICHAEL YOUNG,
7. SIR TERRIQUE MILAM,
8. TYRELL LEWIS,
9. ROBERT JOHNSON,
10. MATELITA JACKSON,
11. MIRACLE PATU-JACKSON,
12. DIYANA ABRAHA,
15. ROBERT BELLAIR,
16. RONALD FINKBONNER,
17. PATRICK JAMES,
19. CHAD CONTI,
20. PHILLIP LAMONT ALEXANDER,
21. TREYVON MITCHELL, and
22. DEJAUN RANSAW.

    Defendants.

NO. CR24-164 JNW

**SECOND SUPERSEDING INDICTMENT**

//
//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 2, 2024, in King, Pierce, Snohomish, and Whatcom Counties, within the Western District of Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK JAMES, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, DEJAUN RANSAW, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), N-(4-fluorophenyl)-N-[1-(2-phenylethyl)-4-piperidinyl]propenamide (p-fluorofentanyl – a fentanyl analogue), methamphetamine, and marihuana, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK JAMES, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture or substance containing fentanyl, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

Second Superseding Indictment - 2
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that with respect to MARQUIS JACKSON,

2  MARKELL JACKSON, MANDEL JACKSON, EDGAR VALDEZ, KEONDRE

3  JACKSON, MICHAEL YOUNG, SIR TERRIQUE MILAM, TYRELL LEWIS,

4  ROBERT JOHNSON, MATELITA JACKSON, MIRACLE PATU-JACKSON,

5  DIYANA ABRAHA, ROBERT BELLAIR, RONALD FINKBONNER, PATRICK

6  JAMES, CHAD CONTI, PHILLIP LAMONT ALEXANDER, TREYVON MITCHELL,

7  and DEJAUN RANSAW, their conduct as members of the conspiracy charged in

8  Count 1, which includes the reasonably foreseeable conduct of other members of the

9  conspiracy charged in Count 1, involved 100 grams or more of a mixture and substance

10  containing a detectable amount of any fentanyl analogue, in violation of Title 21, United

11  States Code, Sections 841(b)(1)(A).

12    The Grand Jury further alleges that with respect to EDGAR VALDEZ, their

13  conduct as members of the conspiracy charged in Count 1, which includes the reasonably

14  foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50

15  grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500

16  grams or more of a mixture or substance containing a detectable amount of

17  methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21,

18  United States Code, Sections 841(b)(1)(A).

19    All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A),

20  841(b)(1)(D), and 846.

21                           <u>COUNT 2</u>

22              **(Conspiracy to Commit Money Laundering)**

23  **A.    The Conspiracy**

24    Beginning at a time unknown, and continuing until at least October 2, 2024, in

25  King, Pierce, Snohomish, and Whatcom Counties, within the Western District of

26  Washington, and elsewhere, MARQUIS JACKSON, MARKELL JACKSON,

27

Second Superseding Indictment - 3
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   MATELITA JACKSON, DIYANA ABRAHA, and others known and unknown, did

2   knowingly combine, conspire, and agree with each other and with other persons known

3   and unknown to the Grand Jury to commit offenses against the United States in violation

4   of Title 18, United States Code, Section 1956, to wit:

5          1.      To knowingly conduct and attempt to conduct financial transactions

6   affecting interstate commerce and foreign commerce, which transactions involved the

7   proceeds of specified unlawful activity, that is, Conspiracy to Distribute Controlled

8   Substances as charged in Count 1, knowing that the transactions were designed in whole

9   or in part to conceal and disguise the nature, location, source, ownership, and control of

10  the proceeds of specified unlawful activity, and that while conducting and attempting to

11  conduct such financial transactions, knew that the property involved in the financial

12  transactions represented the proceeds of some form of unlawful activity, in violation of

13  Title 18, United States Code, Section 1956(a)(1)(B)(i); and

14         2.      To knowingly conduct and attempt to conduct financial transactions

15  affecting interstate commerce and foreign commerce, which transactions involved the

16  proceeds of specified unlawful activity, that is, Conspiracy to Distribute Controlled

17  Substances as charged in Count 1, knowing that the transactions were designed in whole

18  or in part to avoid a transaction reporting requirement under State or Federal Law, and

19  that while conducting and attempting to conduct such financial transactions, knew that

20  the property involved in the financial transactions represented the proceeds of some form

21  of unlawful activity, in violation of Title 18, United States Code, Section

22  1956(a)(1)(B)(ii).

23         All in violation of Title 18, United States Code, Section 1956(h).

24  //

25  //

26

27

Second Superseding Indictment - 4
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 3

### (Distribution of a Controlled Substance)

On or about October 31, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl and p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

The Grand Jury further alleges that the offense involved 100 grams or more of a mixture and substance containing a detectable amount of any fentanyl analogue.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

### (Distribution of a Controlled Substance)

On or about December 7, 2023, in Snohomish County, within the Western District of Washington, and elsewhere, MARKELL JACKSON, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture or substance containing fentanyl.

Second Superseding Indictment - 5
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        The Grand Jury further alleges that this offense was committed during and in

2 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

3 Substances).

4        All in violation of Title 21, United States Code, Sections 841(a)(1) and

5 841(b)(1)(A), and Title 18, United States Code, Section 2.

6 **COUNT 5**

7 **(Distribution of a Controlled Substance)**

8        On or about March 7, 2024, in Snohomish County, within the Western District of

9 Washington, and elsewhere, MARKELL JACKSON, ROBERT JOHNSON, and others

10 known and unknown, did knowingly and intentionally distribute, and aid and abet the

11 distribution of, a controlled substance, including: fentanyl, a substance controlled under

12 Title 21, United States Code.

13        The Grand Jury further alleges that the offense involved 400 grams or more of a

14 mixture or substance containing fentanyl.

15        The Grand Jury further alleges that this offense was committed during and in

16 furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

17 Substances).

18        All in violation of Title 21, United States Code, Sections 841(a)(1) and

19 841(b)(1)(C), and Title 18, United States Code, Section 2.

20 **COUNT 6**

21 **(Possession with Intent to Distribute a Controlled Substance)**

22        On or about December 7, 2023, in Whatcom County, within the Western District

23 of Washington, and elsewhere, ROBERT BELLAIR, MARKELL JACKSON, and others

24 known and known, did knowingly and intentionally possess, and aid and abet the

25 possession of, with the intent to distribute, a controlled substance, including: fentanyl, a

26 substance controlled under Title 21, United States Code.

27

Second Superseding Indictment - 6
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that the offense involved 400 grams or more of a

2   mixture or substance containing fentanyl.

3   The Grand Jury further alleges that this offense was committed during and in

4   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

5   Substances).

6   All in violation of Title 21, United States Code, Sections 841(a)(1) and

7   841(b)(1)(A), and Title 18, United States Code, Section 2.

8   ## COUNT 7

9   **(Possession with Intent to Distribute a Controlled Substance)**

10   On or about February 9, 2023, in Whatcom County, within the Western District of

11   Washington, and elsewhere, RONALD FINKBONNER did knowingly and intentionally

12   possess, with the intent to distribute, a controlled substance, including: fentanyl and

13   methamphetamine, substances controlled under Title 21, United States Code.

14   The Grand Jury further alleges that the offense involved 40 grams or more of a

15   mixture or substance containing fentanyl.

16   The Grand Jury further alleges that this offense was committed during and in

17   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

18   Substances).

19   All in violation of Title 21, United States Code, Sections 841(a)(1) and

20   841(b)(1)(B) and 841(b)(1)(C).

21   ## COUNT 8

22   **(Possession with Intent to Distribute a Controlled Substance)**

23   On or about July 22, 2024, in Whatcom County, within the Western District of

24   Washington, and elsewhere, RONALD FINKBONNER did knowingly and intentionally

25   possess, with the intent to distribute, a controlled substance, including: fentanyl and

26   methamphetamine, substances controlled under Title 21, United States Code.

27

Second Superseding Indictment - 7
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   The Grand Jury further alleges that this offense was committed during and in

2   furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

3   Substances).

4   All in violation of Title 21, United States Code, Sections 841(a)(1) and

5   841(b)(1)(C).

6                                    **COUNT 9**

7              **(Possession with Intent to Distribute a Controlled Substance)**

8   On or about August 21, 2024, in Whatcom County, within the Western District of

9   Washington, and elsewhere, PATRICK JAMES did knowingly and intentionally possess,

10  and aid and abet the possession of, with the intent to distribute, a controlled substance,

11  including: fentanyl, a substance controlled under Title 21, United States Code.

12  The Grand Jury further alleges that the offense involved 40 grams or more of a

13  mixture or substance containing fentanyl.

14  The Grand Jury further alleges that this offense was committed during and in

15  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

16  Substances).

17  All in violation of Title 21, United States Code, Sections 841(a)(1) and

18  841(b)(1)(B) and Title 18, United States Code, Section 2.

19                           **COUNT 10 - RESERVED**

20                                   **COUNT 11**

21             **(Possession with Intent to Distribute a Controlled Substance)**

22  On or about October 2, 2024, in King County, within the Western District of

23  Washington, and elsewhere, CHAD CONTI did knowingly and intentionally possess,

24  with the intent to distribute, a controlled substance, including: fentanyl and

25  p-fluorofentanyl (a fentanyl analogue), substances controlled under Title 21, United

26  States Code.

27

Second Superseding Indictment - 8
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that the offense involved 40 grams or more of a

2  mixture or substance containing fentanyl.

3    The Grand Jury further alleges that this offense was committed during and in

4  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

5  Substances).

6    All in violation of Title 21, United States Code, Sections 841(a)(1) and

7  841(b)(1)(B).

8  ## COUNT 12

9  **(Possession with Intent to Distribute a Controlled Substance)**

10    On or about October 2, 2024, in Whatcom County, within the Western District of

11  Washington, and elsewhere, PHILLIP LAMONT ALEXANDER did knowingly and

12  intentionally possess, with the intent to distribute, a controlled substance, including:

13  fentanyl, a substance controlled under Title 21, United States Code.

14    The Grand Jury further alleges that the offense involved 40 grams or more of a

15  mixture or substance containing fentanyl.

16    The Grand Jury further alleges that this offense was committed during and in

17  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

18  Substances).

19    All in violation of Title 21, United States Code, Sections 841(a)(1) and

20  841(b)(1)(B).

21  ## COUNT 13

22  **(Possession with Intent to Manufacture and Distribute a Controlled Substance)**

23    On or about October 2, 2024, in King County, within the Western District of

24  Washington, and elsewhere, MANDEL JACKSON, DEJAUN RANSAW, and others

25  known and unknown, did knowingly and intentionally manufacture and possess, with the

26  intent to distribute, and aid and abet the manufacture and possession of, with intent to

27

Second Superseding Indictment - 9
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  distribute, a controlled substance, including: marijuana, a substance controlled under

2  Title 21, United States Code.

3        The Grand Jury further alleges that this offense was committed during and in

4  furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled

5  Substances).

6        All in violation of Title 21, United States Code, Sections 841(a)(1) and

7  841(b)(1)(D).

8

9                        **FORFEITURE ALLEGATION**

10       The allegations contained in Counts 1 through 9 and 11 through 13 of this

11  Indictment are hereby realleged and incorporated by reference for the purpose of alleging

12  forfeiture.

13       Upon conviction of any of the offenses alleged in Counts 1, 3 through 9, and 11

14  through 13, MARQUIS JACKSON, MARKELL JACKSON, MANDEL JACKSON,

15  EDGAR VALDEZ, KEONDRE JACKSON, MICHAEL YOUNG, SIR TERRIQUE

16  MILAM, TYRELL LEWIS, ROBERT JOHNSON, MATELITA JACKSON, MIRACLE

17  PATU-JACKSON, DIYANA ABRAHA, ROBERT BELLAIR, RONALD

18  FINKBONNER, PATRICK JAMES, CHAD CONTI, PHILLIP LAMONT

19  ALEXANDER, TREYVON MITCHELL, and DEJAUN RANSAW shall forfeit to the

20  United States, pursuant to Title 21, United States Code, Section 853(a), any property

21  constituting or derived from proceeds traceable to the offense, as well as any property

22  used or intended to be used to facilitate the offense.

23       Upon conviction of the offense alleged in Count 2, MARQUIS JACKSON,

24  MARKELL JACKSON, MATELITA JACKSON, and DIYANA ABRAHA, shall forfeit

25  to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any

26

27

Second Superseding Indictment - 10
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

property, real or personal, involved in the offense, or any property traceable to such property.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

///

///

Second Superseding Indictment - 11
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  it is the intent of the United States to seek the forfeiture of any other property of the

2  defendant, up to the value of the above-described forfeitable property, pursuant to

3  Title 21, United States Code, Section 853(p).

4

5                                            A TRUE BILL:

6                                            DATED:  4/23/2025

7

8                                            *Signature of Foreperson redacted pursuant*
                                             *to the policy of the Judicial Conference of*
                                             *the United States.*
9

10                                           FOREPERSON

11

12  TEAL LUTHY MILLER
    Acting United States Attorney

13

14

15  VINCENT T. LOMBARDI
    Assistant United States Attorney

16

17

18  ZACHARY W. DILLON
    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

Second Superseding Indictment - 12
*United States v. Jackson et al.*, CR24-164 JNW
USAO No. 202300950

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970